UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------X

MAYER VAKNIN,

Petitioner,

-against-

UNITED STATES OF AMERICA,

Respondent.

--------------------------------X

ORDER

Civil Action No.
CV-08-2420 (DGT)

Trager, J:

By letter dated June 12, 2010, petitioner Mayer Vaknin requests an order granting him furlough for the purpose of attending the hearing to be held in this case on July 28, 2010. The application is hereby denied.

Dated: Brooklyn, New York
June 17, 2010

SO ORDERED:

/s
David G. Trager
United States District Judge