# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| **Admitted to MA NY WY** | **Attorney at Law** | Tel: 781-581-2262 |
| **Federal Court** | **3 Bessom St. No. 234** | Fax: 781-842-1430 |
| **U.S. Supreme Court** | **Marblehead, MA  01945** | Inga@IngaParsonsLaw.com |

July 19, 2010

BY FACSIMILE: 718 613 2510

Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re: *Mayer Vaknin v. United States*, 08-CV-2420; 06-CR-82

Dear Judge Trager:

    I write to request that the Court permit Mr. Vaknin to be brought by writ for the upcoming hearing expected to be set for either July 28, 2010.  My understanding is that the government is prepared to do the writ if this Court permits it.  Mr. Vaknin has been intensely involved in this case and the issues include a request for bail.  Counsel's understanding is that the Court was previously prepared to bring Mr. Vaknin by writ and urges the Court not to penalize Mr. Vaknin for seeking a furlough which was at the suggestion of his counselor at the facility.

    The defense thanks you in advance for your time and consideration of this issue.

        Respectfully,

        /s/

        Inga L. Parsons

Cc:    AUSA Nash (ECF/Email)
        Vaknin, M. (Email)