08-CV-2420

## AFFIRMATION

Patrick O'keke, Esq., an attorney duly admitted to practice law by and before the courts of the state of New York and the Eastern District of New York, affirms the following to be true under the penalty of perjury:

1. That I previously represented Mr. Mayer Vaknin and a Corporation owned by him, namely Cellular Island d/b/a Metropolitan Boro Corp.

2. I represent both named parties in the very early stages of a criminal action that was pending in the Eastern District of New York.

3. That at some point during my representation, Mr. Vaknin, approached me and informed me that he had instructed his employees to begin shredding numerous documents. When I enquired as to the reason for shredding said documents, he explained that he believed that some of his employees had been stealing customers personal information from said documents and that need to cease immediately.

4. I advice Mr. Vaknin that the shredding of said documents were possibly in violation on standing Court Orders, and even though his intentions were just, the appearance sent a very negative message and that he should instruct his employees to stop shredding said documents forthwith.

5. That Mr. Vaknin, immediately instructed his employees to stop shredding said documents.

_____          3/27/2009
Patrick O'keke, Esq.                      Dated

Sworn to before me
This 27th day of March, 2009

_____
Notary Public

CHIDI EZE, ESQ.
Notary Public of New York
No. 02EZ6097235
Qualified Kings County
Commission Expires Aug. 18, 2011